IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN JOSE MANZANO, (TDCJ-CID #1426493) | § § § § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-14-1919 |
| | § | |
| WILLIAM STEPHENS, | § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 54th Judicial District Court of McLennan County, Texas. Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Western District of Texas, Waco Division.

SIGNED on July 22, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\prisoner-habeas\2014\14-1919.a01.wpd